UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

FILED

AUG 1 2002

WAS~~~~
UNITED STATES BANK~~~ ~~~ CLERK
NEW ORLEANS, LA. ~~~ ~PTCY COURT

In Re:                          )
                                )
RIVER MANAGERS &                )    CASE NO: 82-02435 TMB
STEVEDORING, INC.               )
                Debtor,         )    MOTION FOR RELEASE OF
_____ )    UNCLAIMED FUNDS

There having been a dividend check in the amount of $6,803.60 issued in the above case to creditor KC'S EQUIPT.& RENTAL, and said check having not been cashed by said payee, the Trustee of this Estate, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed dividend to the Clerk, U.S. Bankruptcy Court. These funds are currently being held in the Court's registry account of unclaimed funds.

The dividend check was not received because of a change of address. The complete and correct name of the corporation is K.C.'s Equipment Rentals & Sales, Inc. Please see certified declaration and supporting documents attached.

Motion is hereby made for an order directing the Clerk, U.S. Bankruptcy Court to cause a voucher to be issued resulting in the payment of said unclaimed funds in the total amount of $6,803.60 to the order of:

K.C.'S EQUIPMENT & RENTALS SALES, INC.
C/O ASSET RECOVERY TRUST
P.O. BOX 66
Montrose, CA 91021

Dated: 7-25-02

Respectfully submitted,

Al Melone, Attorney-in-fact
ASSET RECOVERY TRUST
P.O. Box 66
MONTROSE, CA 91021
818-242-2175

# LIMITED POWER OF ATTORNEY/
# DECLARATION

I do hereby grant to **ASSET RECOVERY TRUST,** my sole true and lawful attorney-in-fact for me and in my name, place and stead, giving unto my attorney-in-fact full power to do and perform, on an exclusive basis, all and every act not constituting the practice of law that I may legally do through an attorney-in-fact, for the following limited purpose and for no other:

> To reclaim, recover, and return unclaimed funds in the amount of **$6,803.60** only, less agreed upon fee, to the signatory below.

I do hereby grant my attorney-in-fact every power necessary to carry out the limited purposes for which this limited power of attorney is granted, on an exclusive basis.

**I do hereby declare that K.C.'S EQUIPMENT RENTALS & SALES, INC. (our complete legal name, aka K.C.'S EQUIPMENT RENTAL & SALES,) an inactive Louisiana corporation, is a rightful creditor of case 82-12435, that the enclosed documents are true and correct copies of the originals, that our P.O. Box 250 in Prairieville, LA was discontinued many years ago and that our current address is 10834 Gurney Rd., Baker, LA 70714.**

**I do hereby certify under penalty of perjury under U.S. law that the foregoing is true and correct, and that I have authority to sign for the corporation.**

DATED **7 / 23 / 02**          SIGNED _____

                              NAME   Kenneth C. Saucier

[CORPORATE SEAL**]             TITLE   President & CEO
**If unavailable, sign affidavit below

                              COMPANY   K.C.'S EQUIPMENT RENTALS & SALES,
                                        INC.

---

** **AFFIDAVIT:** *(to be signed if corporate seal is not available)*

I hereby attest that the Corporate Seal for this corporation is no longer available.

DATED **7 / 23 / 02**          SIGNED _____

---

**CORPORATION ACKNOWLEDGEMENT: Acknowledged before me on** **7/23/02**
**by Kenneth C. Saucier, who states he is President & CEO of the corporation above and is authorized to execute this power of attorney/declaration on its behalf.**

                              _____
                              NOTARY PUBLIC IN AND FOR

[NOTARY SEAL]                 The State of _Louisiana_

                              My Commission expires on _death_

# United States Bankruptcy Court

**For the** _EASTERN_ **District of** _LOUISIANA_

FILED
JAN 17 1983

In re *

RIVER MANAGERS & STEVEDORING, INC.

Case No. ___82-02435K___

_Debtor*_

## PROOF OF CLAIM

1. [_If claimant is an individual claiming for himself_] The undersigned, who is the claimant herein,

resides at **

[_If claimant is a partnership claiming through a member_] The undersigned, who resides at **

is a member of                                                                , a partnership,

composed of the undersigned and

of **                                                      , and

doing business at **

and is authorized to make this proof of claim on behalf of the partnership.

[_If claimant is a corporation claiming through an authorized officer_] The undersigned, who resides

at ** P.O.BOX 250;PRAIRIEVILLE, LA 70769

is the SECRETARY/TREASURER          of KC'S EQUIPMENT RENTAL AND SALES, INC. ,

a corporation organized under the laws of THE STATE OF LOUISIANA

and doing buiness at ** HWY. 929; PRAIRIEVILLE, LA

and is authorized to make this proof of claim on behalf of the corporation.

[_If claim is made by agent_] The undersigned, who resides at **

, is the agent of

, of **                                                , and is

authorized to make this proof of claim on behalf of the claimant.

2. The debtor was, at the time of the filing of the petition initiating this case, and still is indebted [_or_ liable] to this claimant, in the sum of $2,330.20

3. The consideration for this debt [_or_ ground of liability] is as follows:

ACCOUNTS RECEIVABLE

4. [_If the claim is founded on writing_] The writing on which this claim is founded (or a duplicate thereof) is attached here to [_or_ cannot be attached for the reason set forth in the statement attached hereto].

5. [_If appropriate_] This claim is founded on an open account, which became [_or_ will become] due on JANUARY 04, 1982                              , as shown by the itemized statement attached hereto. Unless it is attached hereto or its absence is explained in an attached statement, no note or other negotiable instrument has been received for the account or any part of it.

6. No judgment has been rendered on the claim except.

NONE

7. The amount of all payments of this claim has been credited and deducted for the purpose of making this proof of claim.          YES

8. This claim is not subject to any setoff or counter-claim except

NONE

9. No security interest is held for this claim except          ACCOUNTS RECEIVABLE

[_If security interest in property of the debtor is claimed_] The undersigned claims the security interest under the writing referred to in paragraph 4 hereof [_or_ under a separate writing which (or a duplicate of which) is attached hereto, _or_ under a separate writing which cannot be attached hereto for the reason set forth in the statement attached hereto]. Evidence of perfection of such security interest is also attached hereto.

_[Continue on reverse side]_

BOF 15
(Rev. 10/82)                          **Reverse Side**

10. This claim is a general unsecured claim, except to the extent that the security interest, if any, described in paragraph 9 hereof is sufficient to satisfy the claim.
[*If priority is claimed, state the amount and basis thereof.*]

(Unsecured)

12. This claim is filed as a(n) (Secured)    CLAIM.
                              (Priority)

$ 2,330.20
Total Amount Claimed

Claim Number
(For Office Use Only)

Name of Creditor: KC'S EQUIPMENT RENTAL AND SALES, INC.
                  *(Print or Type Full Name of Creditor)*

Dated: 1/13/82            Signed: Victoria Fancier

Comments (Use for additional information):

*Penalty for Presenting Fraudulent Claim.* Fine of not more than $5,000 or imprisonment for not more than 5 years or both—Title 18, U.S.C., § 152.

*Include all names used by debtor within last 6 years.
**State post office address.

ARTICLES OF INCORPORATION                STATE OF LOUISIANA

OF

K.C.'s EQUIPMENT RENTALS
& SALES, INC.                            PARISH OF ASCENSION

### ARTICLE I.

The name of the Corporation is K.C.'s EQUIPMENT RENTALS & SALES, INC.

### ARTICLE II.

The Corporation's purpose is to engage in any lawful activity
for which corporations may be formed under the Business Corporation Law
of Louisiana.

### ARTICLE III.

The Corporation has authority to issue ONE THOUSAND (1,000) shares of
no par value common stock.

### ARTICLE IV.

The Incorporator's name  and address is:

Kenneth P. Daigrepont              P. O. Box 250
                                   Prairieville, Louisiana

### ARTICLE V.

Shareholders shall have pre-emptive rights.

### ARTICLE VI.

The number of directors is hereby fixed at not less than three
nor more than five, except that when all of the outstanding shares are
held of record by fewer than three shareholders, then there need be only
as many directors as there are shareholders, but this shall not prevent a
greater number of directors as aforesaid. Any director absent from a meeting
of the Board or any committee thereof, may be represented by any other director
who may cast the absent director's vote according to his written instructions,
general or special. The Board of Directors may delegate its managerial authority
to an executive committee to consist of the president and two (2) other members
of the board of directors, which executive committee shall report direct to
the board of directors. The board of directors shall meet at least semi-
annually. The executive committee, if appointed, shall meet at least monthly.

## ARTICLE VII.

Special meetings of shareholders may be called by the president or by a majority of the board of directors.

## ARTICLE VIII.

Without any necessity of action by the shareholders, shares of stock of the corporation may be issued from time to time by the board of directors, and any and all shares so issued, shall be deemed full paid stock and not liable to any further assessment or call, and the holder of such shares shall not be liable for any further payment thereon.

THUS DONE AND SIGNED this 6th day of _October_, 1978.

_____
KENNETH P. DAIGREPONT


## A C K N O W L E D G M E N T

STATE OF LOUISIANA

PARISH OF ASCENSION

On the 6th day of _October_, 1978, before me personally appeared:

KENNETH P. DAIGREPONT,

known to me to be the person described and who executed the foregoing instrument, who acknowledged that he executed it as his free act and deed.

WITNESSES:

_Patricia L. Percy_

_Justine A. Everett_

_____
KENNETH P. DAIGREPONT

Sworn to and subscribed before me on the day, month, and year first above written.

_____
NOTARY PUBLIC

2

INITIAL REPORT

OF

K.C.'S EQUIPMENT RENTALS & SALES, INC.

ARTICLE I.

The Corporation's registered office is located at and its post

office address is:    Route 1, Box 510
                   Prairieville, Louisiana

ARTICLE II.

Its registered agent is Kenneth P. Daigrepont, P. O. Box 250, Prairie-

ville, Louisiana.

ARTICLE III.

The first directors are:

Kenneth Charles Saucier         P. O. Box 250
                                  Prairieville, Louisiana

Dallas Michael Rabalais         P. O. Box 250
                                  Prairieville, Louisiana

Kenneth P. Daigrepont           P. O. Box 250
                                  Prairieville, Louisiana

_____
KENNETH P. DAIGREPONT, INCORPORATOR

3

# Louisiana Secretary of State
## Unofficial Detail Record

Charter/Organization ID: 32404090D

Name: K.C.'S EQUIPMENT RENTALS & SALES, INC.

Tax ID: 00-0000000

Type Entity: Business Corporation

Status: Not Active (Action by Secretary of State)

Last Report Filed on 08/06/C-85

Mailing Address: C/O K.C. SAUCIER, 1256 FLORIDA BLVD., BATON ROUGE, LA 70802

Domicile Address: 1256 FLORIDA BLVD., BATON ROUGE, LA 70802

Incorporated: 10/09/1978 | Effective: 10/06/1978

Registered Agent (Appointed 7/00/1985): K.C. SAUCIER, 1256 FLORIDA BLVD., BATON ROUGE, LA 70802

Officer/Director: KEN C. SAUCIER, 1256 FLORIDA BLVD., BATON ROUGE, LA 70802

Officer/Director: VICTORIA SAUCIER, 1256 FLORIDA BLVD., BATON ROUGE, LA 70802

Incorporator: KENNETH P. DAIGREPONT, P.O. BOX 250, PARIRIEVILLE, LA 70769

Amendments on File
REVOKED (11/19/1990)

**New Search | Index**

**KCS Industrial Services**

Specialty Steel Fabrication
C. S. Alloy, S. S. & Aluminum
Tanks A.P.I. ASME
Manager — Steve Corts
(504) 673-8897, 383-1364

**KCS Steel Forming Incorporated**

Shaping Steel by Rolling, Bending & Breaking
Manager — Bobby Perrault
(504) 673-8898, 383-1364

**Louisiana Coaters & Liners, Inc.**

Linings—Rubber—Natural or Synthetic
Coatings—Painting, glass flake, metallizing
Manager — Jack Carter
(504) 673-6175, 343-5016

**KC'S Equipment Rental & Sales**
Welding Machines, Air Compressors, Pumps,
Cherry Pickers, Trucks, Cranes, Earth
Equipment, Dozers, Loaders
Manager — Mike Rabalais
(504) 673-8867, 383-6878



# THE KCS INDUSTRIAL SERVICES GROUP: WE'RE THE BEST IN OUR BUSINESS

The four interrelated companies comprising the KCS INDUSTRIAL SERVICES GROUP offer one of the most comprehensive packages of industrial services available in the southern part of the United States.

Included are engineering and initial design capabilities, steel fabrication, corrosion proofing, product delivery and set-up, fuel allocation and the sale or rental of construction equipment.

Best of all is the way we do our work: It can best be described as a strong work ethic combined with a strict set of performance standards we know you'll appreciate.

When you ask us to do a job, we give the quality you expect. When we promise you something, we live up to our promise.

And everything is backed by a team of specialists whose knowledge and experience are the best in our business.

## KCS INDUSTRIAL SERVICES, INC.

The largest and most diversified company within our group is KCS INDUSTRIAL SERVICES, INC. In addition to specialty steel fabrication, KCS INDUSTRIAL SERVICES offers engineering and initial design capabilities, steel fabrication, corrosion proofing, product delivery, fuel allocation and the rental and sale of construction equipment.

All work is performed in conjunction with the other three companies in the Group: Louisiana Coaters and Liners, KCS Steel Forming and KC's Equipment Rentals and Sales.

## KCS STEEL FORMING

Services at KCS STEEL FORMING include plate rolling, forming cone sections and transitions, angle, flat



## THE KCS INDUSTRIAL SERVICES GROUP

KCS INDUSTRIAL SERVICES, INC.
KCS STEEL FORMING, INC.
LOUISIANA COATERS AND LINERS, INC.
KC'S EQUIPMENT RENTAL AND SALES, INC.

P.O. BOX 250/PRAIRIEVILLE, LOUISIANA 70769
(504) 673-8897/(504) 383-1364



Herb Wiese formed his own industrial construction and maintenance company in 1950. The company Wiese started was involved in the original construction of many industrial plants that began locating in South Louisiana in the early fifties. Shown here, a photo of the crude resin unit at Esso Standard Oil Co. (now Exxon) in 1953.

Wiese, Inc. participated actively to assist in solving labor problems that prevailed in Baton Rouge.

Despite the somewhat hostile labor environment in the area, H. E. Wiese, Inc. never wavered from an upward growth pattern on projection charts and growth diagrams. After nearly 20 years of owning his own industrial construction and maintenance business, Herb Wiese was ready to slow down. He sold H. E. Wiese, Inc. to the Pace Companies of Houston in 1969. Wiese remained as chairman of the board and continued to go to the office every day for several years, but the major responsibilities were shifted to managers from the Pace Companies.

When the Pace representatives arrived in Baton Rouge to begin initiating Pace systems in their new location, old ways began to fade at H. E. Wiese, Inc.

When Herb Wiese ran his business, he never employed women. Under the new Pace regime, for the first time ever in the history of the company, women were hired at H. E. Wiese, Inc.

Charlene Files, currently the Director, Employee Relations, was hired when Herb Wiese still worked in the office frequently. Files said, "I've been here 10 years and when I first arrived there were only five women employed here. Mr. Wiese made it perfectly clear he didn't think women should work in construction

companies. We had words once or twice, but I stood firm with him, and eventually I gained his respect."

In the mid-70's, the Pace Companies in Houston were acquired by Jacobs Engineering Group Inc., headquartered in Pasadena, California. Through this acquisition, H. E. Wiese, Inc. became a member of the California based corporation, but local management remained intact.

Jacobs Engineering Group management in Pasadena had decided to diversify and the construction business was a natural extension to their established engineering base.

# Wire Rope Specialist
## of
# Baton Rouge

### servicing

# Jacobs/Wiese Constructors, Inc.

### and

# The Entire Industrial Community

## (504) 928-3638

### 1935 Dallas Drive
### Baton Rouge, Louisiana 70806

W R S

bar and pipe rolling, shearing, punching and burning and laying out and making patterns and templets.

## LOUISIANA COATERS AND LINERS

LOUISIANA COATERS AND LINERS and Houston affiliate TEXAS LINERS AND COATERS are corrosion proofing specialists equipped to provide top quality rubber linings, exotic coatings and metallizing.

Our natural and rubber linings are manufactured by Uniroyal, B. F. Goodrich and Mar-Flex. Regular stock includes Triflex, Mar-Flex NS for gypsum build-up, Mar-Flex HT for steel pickling and other hot processing systems and CPE 60, a chlorinated polyethylene lining for storage or processing tanks.

Flake glass is also available, along with a wide variety of exotic coatings, including K-F Polymer and Kynar.

## KC'S EQUIPMENT RENTALS AND SALES

If you need a backhoe, loader, bulldozer or anything else in the way of construction equipment, KC'S EQUIPMENT RENTALS AND SALES carries the best in the business from Allis-Chalmers, Kalmar, Melroe and Case. In addition to these larger lines, we also stock air compressors and welding machines.

And you can rent, lease or purchase what you need. All with the assurance you're doing business with people dedicated to quality customer service, backed by the best support package you'll find anywhere: quick and convenient pick-up/delivery, a large inventory of spare parts, maintenance by experienced mechanics and the largest instruction in safety procedures.

KC'S also offers heavy hauling and rigging services. From the smallest haul up to a 100-ton load, we're equipped to handle your job with reasonable rates, excellent service and dependable drivers.

Kenneth C. Saucier is president and founder of KCS Industrial Services Group. Through his leadership and guidance, the Group has become one of the most highly respected service companies in its field.

A native of Avoyelles Parish, Ken began his leadership training early, first as an Eagle Scout and then on through the University of Southwestern Louisiana, where he graduated in 1970 with a degree in Industrial Engineering.

After graduation, Ken worked as a welding inspector and tank repair superintendent for Trans-Union Corporation. While there, he gained valuable experience in engineering, designing, steel fabrication, modifications and various tank repair procedures. He also learned application and repair procedures for Uniroyal and B. F. Goodrich products.

It was during this period that Ken formed KCS Industrial Services. Then Ken transferred to the Bigelow-Liptak Corporation where he was a sales representative in the rubber lining department. Soon after he was promoted to sales manager. Later he moved up to regional manager and was responsible for all rubber and refractory linings, corrosion proofing and managing the sales force. At home, he continued to develop and expand KCS Industrial Services.



Five years later, in 1975, Ken decided to devote all his time and energy to his unfolding company. Today, three more companies have been added to the original and together they form the KCS Industrial Services Group. Each is dedicated to quality work with quick service at competitive prices.





Jacobs/Wiese Constructors, Inc. is located on Sorrel Ave. in the industrial district. The company has changed dramatically since Herb Wiese first located his company there in the fifties.

The Jacobs/Wiese pipe fabrication shop and the equipment yard are located in Prairieville, about 12 miles southeast of Baton Rouge. Being able to fabricate their own piping needs has added to the efficiency of the Jacobs/Wiese operations.

For several years after the IEG acquisition, the name H. E. Wiese, Inc., was maintained, but in April 1981, the name was officially changed to Jacobs/Wiese Constructors, Inc.

John McDaniel, president, Jacobs/Wiese Constructors, said, "The name of the company was changed in a continuing effort to conceptually unite the Jacobs' companies in Baton Rouge. We want our clients to consider us a total service organization. With the four companies Jacobs owns in Baton Rouge, Jacobs does offer total service."

Their well established reputation as a national maintenance contractor has been an impetus to the continuing growth of Jacobs/Wiese. Under the leadership of Forrest Elgin, vice president, construction and maintenance, the Jacobs/Wiese maintenance program has continued to retain its national prominence.

Jacobs/Wiese Constructors, Inc. has gained an excellent reputation as a national maintenance contractor. J/W participates in dozens of turnarounds each year in addition to their ongoing maintenance contracts in many industrial plants around the United States.

IN THE MATTER OF:               *    BANKRUPTCY CASE

RIVER MANAGERS & STEVEDORING, INC.  *    CASE NO.:  82-02435K

DEBTOR                          *    CHAPTER 7

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DEPOSIT UNCLAIMED FUNDS
### INTO THE REGISTRY OF THE COURT

**NOW COMES the Trustee,** Michael J. Moran, through undersigned counsel, William S. Vincent, Jr., moves this Honorable Court as follows:

I.

The Trustee has made disbursements to creditors. All disbursement checks were cashed except for the following:

| | |
|---|---|
| Southern Railway | $15,195.62 |
| C & H Transport, Inc. | 10,679.41 |
| South Central Bell | 923.69 |
| Bernard Lumber Co.,Inc. | 12,763.99 |
| KC's Equipt.& Rental | 6,803.60 |
| TOTAL | $46,366.31 |

These disbursement checks were returned to Trustee's office by the U.S. Postal Service. The Trustee, through counsel, attempted to ascertain current or correct addresses for these businesses by investigating: (a) the court matrix, (b) the Louisiana Secretary of State, (c) telephone directory assistance, (d) the telephone directory, and (e) several other investigative sources. However, some of the addresses found turned out to also be no good. As to the creditor South Central Bell, they returned the check saying



they could not find any such account. A check for the remaining amount due these creditors should be deposited into the registry of the Court.

II.

By Order dated January 27, 1999 (See Exhibit A), this Court ordered that the sum of NINETEEN THOUSAND FIVE HUNDRED SIXTY-SEVEN AND 59/100 ($19,567.59) DOLLARS be deposited into the registry of the Court. This sum represents:

| | |
|---|---|
| Bernard Lumber Co.,Inc. | $12,763.99 |
| KC's Equipt.& Rental | 6,803.60 |
| Total | $19,567.59 |

The Clerk of Court has requested that there be only one Order depositing monies into the registry of the Court.

III.

This Court further ordered that the Trustee deposit any additional unclaimed funds be deposited into the registry of the Court. These funds total TWENTY-SIX THOUSAND, SEVEN HUNDRED NINETY-EIGHT AND 72/100 ($26,798.72) DOLLARS. This sum represents:

| | |
|---|---|
| Southern Railway | $15,195.62 |
| C & H Transport, Inc. | 10,679.41 |
| South Central Bell | 923.69 |
| Total | $26,798.72 |

The Clerk of Court's office has again requested this motion be filed so that there be only one Order depositing funds into the registry of the Court.

**WHEREFORE**, the Trustee prays that the court approve the deposit of unclaimed funds in the amount of FORTY-SIX THOUSAND

THREE HUNDRED SIXTY-SIX AND 31/100 DOLLARS into the registry of the Court.

Respectfully submitted,

LAW OFFICE OF WILLIAM S. VINCENT, JR.

WILLIAM S. VINCENT, JR., LBRN:   13094
2018 PRYTANIA STREET
NEW ORLEANS, LOUISIANA  70130
(504) 522-3220

B 124
(1/88)

# REGISTRY FUND LEDGER

*River Managers & Stevedoring, Inc.*

*82-12435*

| TITLE | DEPOSITARY | | DOCKET | |
|---|---|---|---|---|

1999

| DATE | REFERENCE | RECEIVED | DISBURSED | BALANCE |
|---|---|---|---|---|
| 9/28 | ① Southern Railway | 15195 62 | | |
| | ② C & H Transport, Inc | 10679 41 | | |
| | ③ South Central Bell | 923 64 | | |
| | ④ Bernard Lumber Co, Inc | 12763 99 | | |
| | ⑤ KC² Equipment & Rental | 6803 60 | | 46366 31 |
| 11/30/99 | SF1166 ACC#92858 paid Bernard Lumber Co, Inc | | (12763 99) | 33602 32 |
| | | | | |

| TITLE | DEPOSITARY | | DOCKET | |
|---|---|---|---|---|

| DATE | REFERENCE | RECEIVED | DISBURSED | BALANCE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| TITLE | DEPOSITARY | | DOCKET | |
|---|---|---|---|---|

| DATE | REFERENCE | RECEIVED | DISBURSED | BALANCE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

**IN RE:**   RIVER MANAGERS & STEVEDORING, INC.        **CASE NO:**  82-12435 TMB

Debtor(s)

**NOTICE OF SERVICE**

Notice is hereby given to the Court that on _7-30-02_ the U.S. Attorney for the Eastern District of Louisiana, 501 Magazine St., New Orleans, LA 70130-3334, was advised, via first class mail, of the intent of  K.C.'S EQUIPMENT RENTALS & SALES, INC.  to apply for the release of unclaimed funds in the above referenced case.

Respectfully submitted,

Al Melone
ASSET RECOVERY TRUST
P.O. Box 66
Montrose, CA 91021
818-242-2175